THE BOARD OF NATIONAL MISSIONS OF THE PRESBYTERIAN CHURCH IN THE UNITED STATES OF AMERICA, Appellant, v. REGISTRAR OF PROPERTY OF MAYAGÜEZ, Respondent.

No. 832. Argued February 10, 1931.—Decided February 19, 1931.

*Enrique Báez García* for appellant.

MR. CHIEF JUSTICE DEL TORO delivered the opinion of the Court.

The question involved in this appeal is the construction to be given to subdivision 5 of the schedule of fees of registrars of property, as amended by Act No. 33 of 1917 (Session Laws, Vol. II, p. 312). Both the appellant and the respondent invoke in their favor the decision of this court in *Bravo* v. *Registrar*, 39 P.R.R. 479.

Although we must recognize the weight of the arguments advanced by the appellant, we think that its case is controlled by the holding in the *Bravo* case *supra;* not however in the sense the appellant claims but in that urged by the registrar.

The quotation from Morell, which is cited with approval in said *Bravo* case, and the last paragraph of that decision are conclusive. Fees are charged for *interests* sold and not for the sale of the *estate* as a unit, whether the undivided

interests (*condominios*) are separately conveyed to various persons on different dates or the alienation is made in a single act and results in a single record.

The decision appealed from will be affirmed.